

RECEIVED
IN MONROE, LA.
DEC 28 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| REGINALD D. SINGLETON | CIVIL ACTION NO. 11-0732 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LABOR FINDERS | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Motion to Dismiss Plaintiff's Complaint [Doc. No. 10], and associated request for costs and fees filed by Defendant LFI Fort Pierce, Inc. d/b/a Labor Finders is hereby **DENIED**.

MONROE, LOUISIANA, this 27 day of December 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE