

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| REGINALD D. SINGLETON | * | CIVIL ACTION NO. 11-0732 |
| VERSUS | * | JUDGE JAMES T. TRIMBLE, JR. |
| LABOR FINDERS | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint, be, and is hereby **DISMISSED, with prejudice.** Fed.R.Civ.P. 41(b).

THUS DONE AND SIGNED in Chambers, at Alexandria, Louisiana, this 15th day of May 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE